IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| LINDA MARCHANT, | * | |
| Plaintiff, | * | |
| v. | * | CV 319-044 |
| SUNTRUST BANK, ADAM RUSSO and LEFKOFF, RUBIN, GLEASON & RUSSO, P.C., | * | |
| Defendants. | * | |

**O R D E R**

On February 21, 2020, Plaintiff filed an "Unopposed Motion for Voluntary Dismissal." (Doc. No. 21.) Defendants answered Plaintiff's complaint, but did not file any counterclaims. Plaintiff indicates that she believes there is no opposition to dismissal. Upon consideration, the Court finds the dismissal proper under Federal Rule of Civil Procedure 41(a)(2). **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted against Defendants in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE